**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------X
 GLADYS RIVERA,

                          Plaintiff,                 25 **CIVIL** 6263 (AT)(RWL)

    -v-                                    **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.
---------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated January 9, 2026, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Appeals Council will assign Plaintiff's case to a different Administrative Law Judge, offer Plaintiff the opportunity for a new hearing, and issue a new decision for the period prior to November 11, 2016.

**Dated:** New York, New York

      January 12, 2026

                                  **TAMMI M. HELLWIG**
                             _____
                                  **Clerk of Court**

                **BY:**            *K. mango*

                                _____
                                **Deputy Clerk**